# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: RODGERS, WAYNE                                    §   Case No. 10-57822-JS
　　　  RODGERS, DONNA                                    §
　　　                                                    §
Debtor(s)                                                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on December 31, 2010.  The undersigned trustee was appointed on December 31, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the
disposition of all property of the estate is attached as  **Exhibit A.**

4.  The trustee realized the gross receipts of            $　　　　200,002.47

　　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 119,310.53 |
| Administrative expenses | 26,320.10 |
| Bank service fees | 622.71 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]      $　　　　53,749.13

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 05/25/2011
and the deadline for filing governmental claims was 05/25/2011.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$13,250.12.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $13,250.12, for a total compensation of $13,250.12. [2]In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of   $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 02/01/2012_____        By:/s/DAVID GROCHOCINSKI, TRUSTEE_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57822-JS

**Case Name:** RODGERS, WAYNE
RODGERS, DONNA

**Period Ending:** 02/01/12

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE

**Filed (f) or Converted (c):** 12/31/10 (f)

**§341(a) Meeting Date:** 03/08/11

**Claims Bar Date:** 05/25/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 772 HICKORY LANE, CAROL STREAM | 230,000.00 | 0.00 | | 200,000.00 | FA |
| 2 | CHECKING ACCOUNTS | 250.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,650.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2005 CADILLAC | 13,283.50 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.47 | Unknown |
| **6** | **Assets**      **Totals** (Excluding unknown values) | **$246,183.50** | **$0.00** | | **$200,002.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

SOLD PROEPRTY; TAX RETURNS FILED; FINAL REPORT PREPARATION PENDING

**Initial Projected Date Of Final Report (TFR):**      June 30, 2012

**Current Projected Date Of Final Report (TFR):**      June 30, 2012

Printed: 02/01/2012 09:48 AM    V.12.57

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-57822-JS

**Case Name:** RODGERS, WAYNE
RODGERS, DONNA

**Taxpayer ID #:** **-***2608

**Period Ending:** 02/01/12

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******98-65 - Money Market Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/15/11 | | CHICAGO TITLE INS CO | | | | 54,510.97 | | 54,510.97 |
| | {1} | CHICAGO TITLE | | 199,970.07 | 1110-000 | | | 54,510.97 |
| | | WEST SUBURBAN BANK | FIRST MORTGAGE PAYOFF | -119,310.53 | 4110-000 | | | 54,510.97 |
| | | DUPAGE COUNTY | COUNTY TAXES 2011 | -5,124.54 | 2820-000 | | | 54,510.97 |
| | | CENTURY 21 | COMMISSION | -10,000.00 | 3510-000 | | | 54,510.97 |
| | | ASSOCIATED SURVEY | SURVEY | -325.00 | 2500-000 | | | 54,510.97 |
| | | DUPAGE COUNTY | 2010 TAXES COUNTY | -7,623.66 | 2820-000 | | | 54,510.97 |
| | | WEST SUBURBAN BANK | LAND TRUST FEES | -605.00 | 2500-000 | | | 54,510.97 |
| | | VILLAGE OF CAROL STREAM | TRANSFER TAMPS | -600.00 | 2820-000 | | | 54,510.97 |
| | | KIM WIRTZ | WATER BILL | -95.37 | 2500-000 | | | 54,510.97 |
| | | CHICAGO TITLE | TITLE SERVICES | -1,775.00 | 2500-000 | | | 54,510.97 |
| 08/16/11 | {1} | KIMBERLY WIRTZ | SALE OF REAL ESTATE/OVERPAYMENT TO REALTOR BY TITLE CO | | 1110-000 | 29.93 | | 54,540.90 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.23 | | 54,541.13 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 56.03 | 54,485.10 |
| 09/12/11 | 1001 | CHICAGO TITLE INSURANCE | SHORTAGE OF TAX BILL | | 2820-000 | | 171.53 | 54,313.57 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.44 | | 54,314.01 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 111.78 | 54,202.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.46 | | 54,202.69 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 107.66 | 54,095.03 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.44 | | 54,095.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 118.57 | 53,976.90 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.45 | | 53,977.35 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 110.91 | 53,866.44 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.45 | | 53,866.89 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 117.76 | 53,749.13 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 54,543.37 | 794.24 | $53,749.13 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 54,543.37 | 794.24 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$54,543.37** | **$794.24** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-57822-JS

**Case Name:** RODGERS, WAYNE
RODGERS, DONNA

**Taxpayer ID #:** **-***2608

**Period Ending:** 02/01/12

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******98-66 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******98-65** | **54,543.37** | **794.24** | **53,749.13** |
| **Checking # 9200-******98-66** | **0.00** | **0.00** | **0.00** |
| | **$54,543.37** | **$794.24** | **$53,749.13** |

{} Asset reference(s)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-57822-JS
Case Name: RODGERS, WAYNE
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

**Balance on hand:**                    $         53,749.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------|------------------------|--------------------------|------------------|
| 4S | Department of the Treasury | 125,128.11 | 125,128.11 | 0.00 | 35,342.60 |

Total to be paid to secured creditors:    $         35,342.60
Remaining balance:                         $         18,406.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 13,250.12 | 0.00 | 13,250.12 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,723.75 | 0.00 | 3,723.75 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 50.16 | 0.00 | 50.16 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,382.50 | 0.00 | 1,382.50 |

Total to be paid for chapter 7 administration expenses:    $         18,406.53
Remaining balance:                                         $              0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $              0.00
Remaining balance:                                             $              0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $                0.00

Remaining balance:   $                0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 506,517.09 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | West Suburban Bank | 110,349.11 | 0.00 | 0.00 |
| 2 | West Suburban Bank | 52,888.94 | 0.00 | 0.00 |
| 3 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | 6,352.95 | 0.00 | 0.00 |
| 4U | Department of the Treasury | 272,147.87 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 7,774.13 | 0.00 | 0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 18,070.96 | 0.00 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 22,799.90 | 0.00 | 0.00 |
| 8 | FIA Card Services, NA/Bank of America | 16,133.23 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $                0.00

Remaining balance:   $                0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**