**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: RODGERS, WAYNE § | Case No. 10-57822-JS |
| RODGERS, DONNA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/23/2012 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/21/2012    By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                             Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: RODGERS, WAYNE § Case No. 10-57822-JS |
| RODGERS, DONNA § |
| § |
| Debtor(s) § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $  200,002.47 |
| *and approved disbursements of* | $  146,253.34 |
| *leaving a balance on hand of* [1] | $  53,749.13 |
| **Balance on hand:** | $  53,749.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Department of the Treasury | 125,128.11 | 125,128.11 | 0.00 | 35,342.60 |

| | |
|---|---|
| Total to be paid to secured creditors: | $  35,342.60 |
| Remaining balance: | $  18,406.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 13,250.12 | 0.00 | 13,250.12 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,723.75 | 0.00 | 3,723.75 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 50.16 | 0.00 | 50.16 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,382.50 | 0.00 | 1,382.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  18,406.53 |
| Remaining balance: | $  0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 506,517.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | West Suburban Bank | 110,349.11 | 0.00 | 0.00 |
| 2 | West Suburban Bank | 52,888.94 | 0.00 | 0.00 |
| 3 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | 6,352.95 | 0.00 | 0.00 |
| 4U | Department of the Treasury | 272,147.87 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 7,774.13 | 0.00 | 0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 18,070.96 | 0.00 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 22,799.90 | 0.00 | 0.00 |
| 8 | FIA Card Services, NA/Bank of America | 16,133.23 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-57822-CD
Wayne S Rodgers                                                           Chapter 7
Donna L Rodgers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: kseldon              Page 1 of 3           Date Rcvd: Feb 22, 2012
                                Form ID: pdf006            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2012.
```
db/jdb       #+Wayne S Rodgers,    Donna L Rodgers,    772 Hickory Lane,    Carol Stream, IL 60188-9170
aty           +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
16622051      +American Express,    P.O. Box 360001,    Ft. Lauderdale, FL 33336-0001
16622052      +American Express,    P.O. Box 6618,    Omaha, NE 68106-0618
16622050      +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
17068207       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16622053      +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
16622055      +CCB Credit Services, Inc.,    P.O. Box 272,    Springfield, IL 62705-0272
16622056      +Chase Cardmember Service,    P.O. Box 15548,    Wilmington, DE 19886-5548
16622058      +Citicards,    P.O. Box 688906,    Des Moines, IA 50368-8906
16622057      +Citicards,    Processing Center,    Des Moines, IA 50363-0001
16622059      +Citicards,    P.O. Box 688901,    Des Moines, IA 50368-8901
16622060      +Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
16622061      +Creditors Financial Group, LLC,    P.O. Box 440290,    Aurora, CO 80044-1500
16933683      +FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999,    Orig By: HSBC BANK NEVADA N.A. WALTER E
16622064      +Giagnorio & Robertelli, Ltd.,    Attorneys at Law,    130 S. Bloomingdale Road,    P.O. Box 726,
                Bloomingdale, IL 60108-0726
16622065      +HSBC Card Services,    P.O. Box 88000,    Baltimore, MD 21288-0001
16622066      +HSBC Retail Services,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16622067      +Internal Revenue Service,    2001 Butterfield Road,    11th Floor,    Downers Grove, IL 60515-1058
16622079      +Joel Nathan/Patrick J. Fitzgerald,    United States Attorney,    219 S. Dearborn Street, 5th Floor,
                Chicago, IL 60604-2029
16622070      +Merchants’ Credit Guide Co.,    223 W. Jackson Blvd. No. 400,    Chicago, IL 60606-6974
16622071      +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
16622072      +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
16622073      +NCO Financial Systems, Inc.,    P.O. Box 15773,    Wilmington, DE 19850-5773
16622074     #+Protocol Recovery Service, Inc.,    P.O. Box 333,    Panama City, FL 32402-0333
16622075      +Walter E. Smithe,    Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
16622078      +West Suburban Bank,    P.O. Box 1269,    Lombard, IL 60148-8269
16622077      +West Suburban Bank,    C/O Gina B Krol,    105 W Madison Street Suite 1100,
                Chicago, IL 60602-4600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16622054      +E-mail/Text: cms-bk@cms-collect.com Feb 23 2012 04:30:48      Capital Management Services, LP,
                726 Exchange Street - Suite 700,    Buffalo, NY 14210-1464
16622068       E-mail/Text: cio.bncmail@irs.gov Feb 23 2012 03:09:12      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
16622069       E-mail/Text: cio.bncmail@irs.gov Feb 23 2012 03:09:12
                Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
16622063      +E-mail/Text: BKRMailOps@weltman.com Feb 23 2012 05:32:35      Equitable Ascent Financial, LLC,
                c/o Weltman, Weinberg & Reis Co., LPA,    180 N. LaSalle Street, Suite 2400,
                Chicago, IL 60601-2704
16622062      +E-mail/Text: BKNOTICES@EAFLLC.COM Feb 23 2012 04:29:42      Equitable Ascent Financial, LLC,
                1120 W. Lake Cook Road,    Suite B,    Buffalo Grove, IL 60089-1970
17304596       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 23 2012 04:51:27
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
16622072      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 23 2012 05:36:27
                NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
16622073      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 23 2012 05:36:28
                NCO Financial Systems, Inc.,    P.O. Box 15773,    Wilmington, DE 19850-5773
17191815      +E-mail/Text: resurgentbknotifications@resurgent.com Feb 23 2012 03:11:07
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16622080      +E-mail/Text: bnc@ursi.com Feb 23 2012 04:17:32      United Recovery Systems, LP,
                5800 N. Course Drive,    Houston, TX 77072-1613
16622081      +E-mail/Text: bnc@ursi.com Feb 23 2012 04:17:32      United Recovery Systems, LP,    P.O. Box 722910,
                Houston, TX 77272-2910
16622076      +E-mail/Text: BKRMailOps@weltman.com Feb 23 2012 05:32:35      Weltman, Weinberg, Reis Co., LPA,
                180 N. LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Alan Horewitch
aty            Century 21 Pro-Team
aty            Kim Wirtz-Prince
aty            Scott Horewitch Pidgeon & Abrams LLC
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: kseldon            Page 2 of 3            Date Rcvd: Feb 22, 2012
                              Form ID: pdf006          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2012**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: kseldon              Page 3 of 3                  Date Rcvd: Feb 22, 2012
                              Form ID: pdf006            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2012 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@ggl-law.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@ggl-law.com,
           lawyers@ggl-law.com
          David E Grochocinski    dgrochocinski@ggl-law.com,  deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David Grochocinski dlloyd@ggl-law.com
          Gina B Krol    on behalf of Creditor   West Suburban Bank gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Timothy S Newbold    on behalf of Debtor Wayne Rodgers timothynewbold@hotmail.com
                                                                                         TOTAL: 7
```