**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57822-DRC |
| | § | |
| WAYNE RODGERS | § | |
| DONNA RODGERS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $25,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $154,541.02 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $45,461.45 | | |

3) Total gross receipts of $200,002.47 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $200,002.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $244,438.64 | $244,438.64 | $154,541.02 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $45,461.45 | $45,461.45 | $45,461.45 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $506,517.09 | $506,517.09 | $0.00 |
| **Total Disbursements** | NA | $796,417.18 | $796,417.18 | $200,002.47 |

4). This case was originally filed under chapter 7 on 12/31/2010. The case was pending for -1331 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2012      By:  /s/ David E. Grochocinski
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 772 HICKORY LANE, CAROL STREAM | 1110-000 | $200,000.00 |
| Interest Earned | 1270-000 | $2.47 |
| **TOTAL GROSS RECEIPTS** | | **$200,002.47** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 S | Department of the Treasury | 4300-000 | NA | $125,128.11 | $125,128.11 | $35,230.49 |
| | WEST SUBURBAN BANK FIRST MORTGAGE PAYOFF | 4110-000 | NA | $119,310.53 | $119,310.53 | $119,310.53 |
| **TOTAL SECURED CLAIMS** | | | NA | $244,438.64 | $244,438.64 | $154,541.02 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE, Trustee | 2100-000 | NA | $13,250.12 | $13,250.12 | $13,250.12 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $47.80 | $47.80 | $47.80 |
| ASSOCIATED SURVEY SURVEY | 2500-000 | NA | $325.00 | $325.00 | $325.00 |
| CHICAGO TITLE TITLE SERVICES | 2500-000 | NA | $1,775.00 | $1,775.00 | $1,775.00 |
| KIM WIRTZ WATER BILL | 2500-000 | NA | $95.37 | $95.37 | $95.37 |
| WEST SUBURBAN BANK LAND TRUST FEES | 2500-000 | NA | $605.00 | $605.00 | $605.00 |
| Green Bank | 2600-000 | NA | $64.31 | $64.31 | $64.31 |
| The Bank of New | 2600-000 | NA | $622.71 | $622.71 | $622.71 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| York Mellon | | | | | | |
| CHICAGO TITLE INSURANCE | 2820-000 | | NA | $171.53 | $171.53 | $171.53 |
| DUPAGE COUNTY 2010 TAXES COUNTY | 2820-000 | | NA | $7,623.66 | $7,623.66 | $7,623.66 |
| DUPAGE COUNTY COUNTY TAXES 2011 | 2820-000 | | NA | $5,124.54 | $5,124.54 | $5,124.54 |
| VILLAGE OF CAROL STREAM TRANSFER TAMPS | 2820-000 | | NA | $600.00 | $600.00 | $600.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee | 3110-000 | | NA | $3,723.75 | $3,723.75 | $3,723.75 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee | 3120-000 | | NA | $50.16 | $50.16 | $50.16 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | | NA | $1,382.50 | $1,382.50 | $1,382.50 |
| CENTURY 21 COMMISSION, Realtor for Trustee | 3510-000 | | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $45,461.45 | $45,461.45 | $45,461.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | West Suburban Bank | 7100-000 | NA | $110,349.11 | $110,349.11 | $0.00 |
| 2 | West Suburban Bank | 7100-000 | NA | $52,888.94 | $52,888.94 | $0.00 |
| 3 | FIRST FINANCIAL PORTFOLIO MANAGEMENT | 7100-000 | NA | $6,352.95 | $6,352.95 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | INC | | | | | |
| 4 U | Department of the Treasury | 7100-000 | NA | $272,147.87 | $272,147.87 | $0.00 |
| 5 | American Express Bank, FSB | 7100-000 | NA | $7,774.13 | $7,774.13 | $0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $18,070.96 | $18,070.96 | $0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $22,799.90 | $22,799.90 | $0.00 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | NA | $16,133.23 | $16,133.23 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $506,517.09 | $506,517.09 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| | |  | |
|---|---|---|---|
| **Case No.:** | 10-57822-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | RODGERS, WAYNE AND RODGERS, DONNA | **Date Filed (f) or Converted (c):** | 12/31/2010 (f) |
| **For the Period Ending:** | 6/14/2012 | **§341(a) Meeting Date:** | 03/08/2011 |
| | | **Claims Bar Date:** | 05/25/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  772 HICKORY LANE, CAROL STREAM | $230,000.00 | $0.00 | | $200,000.00 | FA |
| 2  CHECKING ACCOUNTS | $250.00 | $0.00 | | $0.00 | FA |
| 3  HOUSEHOLD GOODS | $1,650.00 | $0.00 | | $0.00 | FA |
| 4  WEARING APPAREL | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  2005 CADILLAC | $13,283.50 | $0.00 | | $0.00 | FA |
| INT  Interest Earned | **(u)** Unknown | Unknown | | $2.47 | Unknown |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$246,183.50   $0.00   $200,002.47   $0.00

**Major Activities affecting case closing:**
SOLD PROEPRTY; TAX RETURNS FILED; FINAL REPORT PREPARATION PENDING

**Initial Projected Date Of Final Report (TFR):** 06/30/2012    **Current Projected Date Of Final Report (TFR):** 06/30/2012    /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                                                            DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-57822-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | RODGERS, WAYNE AND RODGERS, DONNA | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2608 | Money Market Acct #: | ******9865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2011 | | CHICAGO TITLE INS CO | | * | $54,510.97 | | $54,510.97 |
| | {1} | | CHICAGO TITLE                                $199,970.07 | 1110-000 | | | $54,510.97 |
| | | | WEST SUBURBAN BANK FIRST MORTGAGE PAYOFF     $(119,310.53) | 4110-000 | | | $54,510.97 |
| | | | DUPAGE COUNTY COUNTY TAXES 2011              $(5,124.54) | 2820-000 | | | $54,510.97 |
| | | | CENTURY 21 COMMISSION                        $(10,000.00) | 3510-000 | | | $54,510.97 |
| | | | ASSOCIATED SURVEY SURVEY                     $(325.00) | 2500-000 | | | $54,510.97 |
| | | | DUPAGE COUNTY 2010 TAXES COUNTY              $(7,623.66) | 2820-000 | | | $54,510.97 |
| | | | WEST SUBURBAN BANK LAND TRUST FEES           $(605.00) | 2500-000 | | | $54,510.97 |
| | | | VILLAGE OF CAROL STREAM TRANSFER TAMPS       $(600.00) | 2820-000 | | | $54,510.97 |
| | | | KIM WIRTZ WATER BILL                         $(95.37) | 2500-000 | | | $54,510.97 |
| | | | CHICAGO TITLE TITLE SERVICES                 $(1,775.00) | 2500-000 | | | $54,510.97 |
| 08/16/2011 | (1) | KIMBERLY WIRTZ | SALE OF REAL ESTATE/OVERPAYMENT TO REALTOR BY TITLE CO | 1110-000 | $29.93 | | $54,540.90 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.23 | | $54,541.13 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $56.03 | $54,485.10 |
| 09/12/2011 | 1001 | CHICAGO TITLE INSURANCE | SHORTAGE OF TAX BILL | 2820-000 | | $171.53 | $54,313.57 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.44 | | $54,314.01 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $111.78 | $54,202.23 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.46 | | $54,202.69 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $107.66 | $54,095.03 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.44 | | $54,095.47 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $118.57 | $53,976.90 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,977.35 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $110.91 | $53,866.44 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,866.89 |

**SUBTOTALS**   $54,543.37   $676.48

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-57822-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | RODGERS, WAYNE AND RODGERS, DONNA | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2608 | Money Market Acct #: | ******9865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 12/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $117.76 | $53,749.13 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $53,749.13 | $0.00 |
| | | | **TOTALS:** | | $54,543.37 | $54,543.37 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $53,749.13 | |
| | | | Subtotal | | $54,543.37 | $794.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $54,543.37 | $794.24 | |

| For the period of 12/31/2010 to 6/14/2012 | | For the entire history of the account between 05/19/2011 to 6/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $200,002.47 | Total Compensable Receipts: | $200,002.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,002.47 | Total Comp/Non Comp Receipts: | $200,002.47 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $146,253.34 | Total Compensable Disbursements: | $146,253.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $146,253.34 | Total Comp/Non Comp Disbursements: | $146,253.34 |
| Total Internal/Transfer Disbursements: | $53,749.13 | Total Internal/Transfer Disbursements: | $53,749.13 |

Case 10-57822    Doc 58    Filed 07/02/12    Entered 07/02/12 10:00:05    Desc Main
            Document      Page 9 of 11

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-57822-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | RODGERS, WAYNE AND RODGERS, DONNA | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2608 | | Checking Acct #: | ******9866 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/31/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 12/31/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/19/2011 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-57822-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | RODGERS, WAYNE AND RODGERS, DONNA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2608 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 12/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 |  | The Bank of New York Mellon | Transfer Funds | 9999-000 | $53,749.13 |  | $53,749.13 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 |  | $47.80 | $53,701.33 |
| 02/29/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $64.31 | $53,637.02 |
| 03/23/2012 | 5002 | DAVID GROCHOCINSKI, TRUSTEE | Trustee Compensation | 2100-000 |  | $13,250.12 | $40,386.90 |
| 03/23/2012 | 5003 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. |  | 3110-000 |  | $3,723.75 | $36,663.15 |
| 03/23/2012 | 5004 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. |  | 3120-000 |  | $50.16 | $36,612.99 |
| 03/23/2012 | 5005 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC |  | 3410-000 |  | $1,382.50 | $35,230.49 |
| 03/23/2012 | 5006 | Department of the Treasury |  | 4300-000 |  | $35,230.49 | $0.00 |
| 03/30/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $78.16 | ($78.16) |
| 04/03/2012 |  | Green Bank | Reverse Bank Service Fee | 2600-000 |  | ($78.16) | $0.00 |
|  |  |  | **TOTALS:** |  | $53,749.13 | $53,749.13 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $53,749.13 | $0.00 |  |
|  |  |  | Subtotal |  | $0.00 | $53,749.13 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $0.00 | $53,749.13 |  |

| For the period of 12/31/2010 to 6/14/2012 |  | For the entire history of the account between 02/07/2012 to 6/14/2012 |  |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $53,749.13 | Total Internal/Transfer Receipts: | $53,749.13 |
|  |  |  |  |
| Total Compensable Disbursements: | $53,749.13 | Total Compensable Disbursements: | $53,749.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,749.13 | Total Comp/Non Comp Disbursements: | $53,749.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-57822-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | RODGERS, WAYNE AND RODGERS, DONNA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2608 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $54,543.37 | $54,543.37 | $0.00 |

**For the period of 12/31/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $200,002.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,002.47 |
| Total Internal/Transfer Receipts: | $53,749.13 |
| | |
| Total Compensable Disbursements: | $200,002.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $200,002.47 |
| Total Internal/Transfer Disbursements: | $53,749.13 |

**For the entire history of the case between 12/31/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $200,002.47 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $200,002.47 |
| Total Internal/Transfer Receipts: | $53,749.13 |
| | |
| Total Compensable Disbursements: | $200,002.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $200,002.47 |
| Total Internal/Transfer Disbursements: | $53,749.13 |